UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| BILLY GENE RIPPEE, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | Case No. 1:10CV50 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

# JUDGMENT

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Movant Billy Gene Rippee's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED**, and his claims are **DISMISSED** with prejudice.

Dated this 25th day of October, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE